UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTONIO MANUAL CHAVEZ, | Case No. CV 08-3841-AG(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is granted, and respondent is directed to release petitioner on parole within twenty-eight (28) days of the date of entry of judgment.

Dated: September 30, 2010

_____
Andrew J. Guilford
United States District Judge