UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTONIO MANUAL CHAVEZ, | Case No. CV 08-3841-AG(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the order of the Ninth Circuit Court of Appeals, it is hereby adjudged that the petition for a writ of habeas corpus is dismissed as moot.

Dated: August 9, 2011

Andrew J. Guilford
United States District Judge